

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2013

No. 04-13-00007-CV

**WOODLAKE MANAGEMENT SERVICES L.L.C.**, John Augustin Butuza,
Appellants

v.

Richard J. **BONJORNO** and Judy C. Bonjorno Revocable Trust, Dated June 9, 1983 and
Richard Bonjorno,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-13311
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

On October 3, 2013, appellants filed a Motion for Rehearing. The court is requesting a response pursuant to Texas Rule of Appellate Procedure 49.2. It is therefore ORDERED that appellees may file a response, which is due **no later than October 28, 2013**. TEX. R. APP. P. 49.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court